# Notice Recipients

District/Off: 0970–2  User: admin  Date Created: 1/19/2022
Case: 2:22–bk–00173–EPB  Form ID: 309I  Total: 35

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
16619570  MELISSA AAGLAN
TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | MICHAEL F MOORE | 18013 N. 34TH AVE. | PHOENIX, AZ 85053 | |
| tr | EDWARD J. MANEY | 101 N. FIRST AVE., SUITE 1775 | PHOENIX, AZ 85003 | |
| aty | WILLIAM ERIK MARKOV | HARTLEY MARKOV LAW | 11225 N 28TH DR STE B–103 | PHOENIX, AZ 85029 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION | 1600 W. MONROE, 7TH FL. | PHOENIX, AZ 85007–2650 |
| 16619549 | 1 STOP MONEY CENTERS | 4385 W BELL RD | Glendale AZ 85308 | |
| 16619550 | ARIZONA DEPARTMENT OF REVENUE | 1600 W MONROE STREET | Phoenix AZ 85007 | |
| 16619551 | Arizona Department of Transportation | PO Box 2100 | Phoenix AZ 85001 | |
| 16619552 | Automotive Credit Corp | 26261 Evergreen Rd | Southfield MI 48076 | |
| 16619553 | CASH 1 | 8271 W UNION HILLS DR #103 | Glendale AZ 85308 | |
| 16619554 | CASHTIME | 3361 W GREENWAY RD | Phoenix AZ 85053 | |
| 16619556 | CHEXSYSTEMS | CONSUMER RELATIONS | 7805 Hudson Rd Ste 100 | Saint Paul MN 55125 |
| 16619557 | CJA AUTO SALES | 1313 S COUNTRY CLUB DR | Mesa AZ 85210 | |
| 16619558 | COMBS LAW GROUP | 2200 E. CAMELBACK RD., STE 221 | Phoenix AZ 85016 | |
| 16619555 | Certegy Check Services | PO Box 30046 | Tampa FL 33630 | |
| 16619559 | Credit Coll | Po Box 607 | Norwood MA 02062 | |
| 16619560 | EARLY WARNING SERVICES | 16552 N 90th St Ste 100 | Scottsdale AZ 85260 | |
| 16619561 | GARY AND MECHELLE MAYNARD | 9120 SCHILLTON DR. | Saint John IN 46373 | |
| 16619562 | GURSTEL CHARGO PA | 9320 E. RAINTREE DR. | Scottsdale AZ 85260 | |
| 16619563 | INTERNAL REVENUE SERVICES | P.O. BOX 7346 | Philadelphia PA 19101 | |
| 16619564 | J VANCE ANDERSON | 25823 N 101ST AVE | Peoria AZ 85383 | |
| 16619565 | JANNA SUE | WICKENBURG AZ | | |
| 16619566 | LAWYERS TITLE OF ARIZONA, INC | 3131 E. CAMELBACK RD., STE 220 | Phoenix AZ 85016 | |
| 16619568 | LOANCARE SERVICING CENTER | PO BOX 60512 | City of Industry CA 91716 | |
| 16619567 | Lendmark Financial Ser | 2118 Usher St. | Covington GA 30014 | |
| 16619569 | Lobel Financial Corp | Po Box 3000 | Anaheim CA 92803 | |
| 16619571 | MOON VALLEY JUSTICE COURT | 18380 N. 40TH ST #130 | RE: CC2020091862 | Phoenix AZ 85032 |
| 16619572 | NORTH VALLEY JUSTICE COURT | 14264 W. TIERRA BUENA LANE | RE: CC2010029230 | Surprise AZ 85374 |
| 16619573 | OFFICE OF THE ATTORNEY GENERAL | 2005 N Central Ave | Phoenix AZ 85004 | |
| 16619575 | SPEEDY CASH | PO BOX 780408 | Wichita KS 67278 | |
| 16619574 | Southern Hills Accepta | 2901 W Macarthur Blvd St | Santa Ana CA 92704 | |
| 16619577 | TITLE MAX | 2401 E Bell Rd | Phoenix AZ 85032 | |
| 16619576 | TITLE MAX | 3331 W. UNION HILLS DR. | Phoenix AZ 85027 | |
| 16619578 | WELLS FARGO | P.O. BOX 6995 | Portland OR 97228 | |
| 16619579 | Westlake Financial Svc | 4751 Wilshire Bvld | Los Angeles CA 90010 | |

TOTAL: 34